Name: Arch Cunningham
Address: 1316 S 64th St
West Allis, WI 53214
Phone Number: 805 471.1110
E-mail Address: archcunnghm@yahoo.com
Pro Se

RECEIVED JAN 28 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ARCHIBALD CUNNINGHAM,

Plaintiff,

vs.

CITY & COUNTY OF SAN FRANCISCO, CA

Defendant.

Case Number: 18-CV-07595 KAW

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE: WESTMORE

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 2/5/2019

*Kandis Westmore*

United States District/~~Magistrate~~ Judge