| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ARCHIBALD CUNNINGHAM,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 4:18-cv-07595-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 8

On May 25, 2018, Plaintiff Archibald Cunningham filed this civil action and application to proceed in forma pauperis. Since Plaintiff was previously found to be vexatious, his complaint was subject to a prefiling order. While his complaint included some of the same parties and claims covered by the prefiling review order, the district court found that it also included parties and certain claims that were arguably outside its scope, so, on November 20, 2018, the court granted leave to proceed on the new complaint. (Dkt. No. 1.) Plaintiff also moved to proceed *in forma pauperis* ("IFP Application"). (Dkt. No. 4.) On February 6, 2019, the Court granted Plaintiff's IFP Application. (Dkt. No. 8.)

Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Compl., Dkt. 2; Screening Order, Dkt. No. 8 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by March 8, 2019. (Screening Order at 3.) The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **April 5, 2019**, why the case

should not be dismissed for failure to prosecute, and why he did not timely file the amended complaint. Additionally, Plaintiff shall file the first amended complaint. Failure to respond to the order to show cause and file the first amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: March 15, 2019

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge