UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIBALD ROBERT CUNNINGHAM, Plaintiff, v. CITY AND COUNTY OF SAN FRANCISCO, et al., Defendants. | Case No. 4:18-cv-07595-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 18 |

On April 5, 2019, Plaintiff filed his first amended complaint. Pursuant to 28 U.S.C. § 1915(e)(2), the Court screened the operative complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Dkt. No. 18 at 4.) The Court ordered Plaintiff to file a second amended complaint that provided the legal and factual basis for all claims by January 24, 2020. *Id*. The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed his second amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **March 16, 2020**, why the case should not be dismissed for failure to prosecute, and why he did not timely file the second amended complaint. Additionally, Plaintiff shall file the second amended complaint. Failure to respond to the second order to show cause and file the second amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed without prejudice for failure to prosecute.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.

Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: March 3, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge